**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**                                    **CRIMINAL NO. 15-CR-30021-DRH**

**TRYMAINE J. DAVIS,**

**Defendant.**

**ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
(FINAL ORDER OF FORFEITURE)**

On October 29, 2015, this court entered an order for forfeiture against defendant Trymaine J. Davis [Doc. 26] for the following property which had been seized from the defendant:

**One Bryco .38 caliber pistol, bearing serial number 1023974, and any and all ammunition contained within the firearm.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(7).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning May 15, 2017, and ending June 13, 2017, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture

filed on October 29, 2015, namely:

**One Bryco .38 caliber pistol, bearing serial number 1023974, and any and all ammunition contained within the firearm.**

The Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States Marshal or the Illinois State Police shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the United States Marshal or the Illinois State Police.

**IT IS SO ORDERED.**

Judge Herndon
2017.09.19
16:50:56 -05'00'

**United States District Court Judge**